

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 22–30001
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Brent Alan Hindman
2009 Sentinel Drive
Indian Trail, NC 28079
Social Security No.: xxx–xx–8036

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Amended Document filed in the above referenced case on 01/13/2022 as document(s) # 5 is defective for the reason(s) marked below:

Amended schedules filed and declaration not included. Please re–file Amended Declaration and attach amended schedules as attachments.
Amended schedules and/or statements filed, cover sheet not included pursuant to L.R. 1007–5(c).

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: January 14, 2022                                                  Steven T. Salata
                                                                         Clerk of Court

Electronically filed and signed (1/14/22)