Certificate Number: 02998-NCW-DE-02229120917-08038036

Bankruptcy Case Number: 22-30001

# Certificate of Debtor Education

I CERTIFY that on 3/202022, at 8:22 pm Eastern Time, **Brent A Hindman** completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the western district of North Carolina.

By:   /s/ Terri Everett

Title:   Certified Credit Counselor

Date:  3/21/2022

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, development through the credit counseling agency. See 11 U.S.C. §§ 109 (h) and 521 (b).

**Fill in this information to identify the case:**

Debtor 1: Brent A Hindman
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court For the: Western District   District of: North Carolina
(State)

Case Number: 22-30001
(If known)

Official Form 423
# Certification About a Financial Management Course
12/15

**If you are an individual, you must take an approved course about personal financial management if:**

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course.**
**If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

## Part 1: Tell the Court About the Required Course

*You must check one:*

☑ **I completed an approved course in personal financial management:**

Date I took the course: 03/21/2022
MM / DD / YYYY

Name of approved provider: Consumer Education Services, Inc., CBA Start Fresh Today/DBA Affordable Bankruptcy Course

Certificate number: 02998-NCW-DE-02229120917-0803

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

## Part 2: Sign Here

I certify that the information I have provided is true and correct.

/S/ Brent Hindman                         Brent Hindman                         Date 03/21/2022
Signature of debtor named on certificate  Printed name of debtor                MM / DD / YYYY

Official Form 423          **Certification About a Financial Management Course**