FILED & JUDGMENT ENTERED
Steven T. Salata

September 12 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 22-30001 |
| | ) | |
| BRENT ALAN HINDMAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING SETTLEMENT OF CONTROVERSY WITH DEBTOR INCLUDING LEAVE TO AMEND SCHEDULE C**

This case came before the Court on the Trustee's Motion to Approve Settlement of Controversy with Debtor filed on August 22, 2022 (Dkt #36) ("the Motion"). It appears that notice was given and that the time for objecting and requesting a hearing has expired, with no objections or requests. After review of the Motion and the record, the Court finds and concludes that the proposed settlement is fair and reasonable, was negotiated in good faith, is at arm's length, and in the best interest of the bankruptcy estate and its creditors.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED and the Court APPROVES the Trustee's proposed settlement with the Debtor as set forth in the Motion, to resolve the bankruptcy estate's interest in the following property: the Debtor's one-half interest in a 2012 Nissan Murano, the Debtor's interest in a 529 education account in his name only; the Debtor's one-half interest in a Fifth Third Bank checking account ending -7904; the Debtor's one-half interest in a Truist Bank checking account ending -5833; the Debtor's one-half interest in a Fifth Third savings account ending -0356; and the Debtor's interest in a 2021 North Carolina income tax refund arising from a tax return filed jointly with his spouse.

2. The Debtor is granted leave to amend Schedule C to claim his unused wildcard exemption as to one or more items of the Settlement Property and shall promptly file an amendment upon entry of this order.

3. Within 10 days of the date of this order, the Debtor shall pay to the Trustee, for the benefit of the bankruptcy estate, the sum of $3500, payable to "Heather W. Culp, Trustee" and delivered to her via Essex Richards, P.A., 1701 South Blvd., Charlotte, North Carolina 28203, with the case number on or accompanying payment.

This Order has been signed electronically. The judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court