Local Form 1 September 2021

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 22-30001 |
| | ) | Chapter 7 |
| BRENT ALAN HINDMAN, | ) | **NOTICE OF OPPORTUNITY FOR HEARING** |
| | ) | |
| | ) | (No Protest Notice: No Hearing Will Be |
| Debtor(s). | ) | Held Unless Request For Hearing is Filed) |

**TAKE NOTICE** that the Trustee has filed an Objection to Claim and Motion to Determine Truist Bank Claim #3. A copy of these paper(s) is included with this notice or copied on the reverse side of this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to order relief sought, then within 30 days of this notice, you or your attorney must do three (3) things:

1. **File with the Court a written response requesting that the Court hold a hearing and explaining your position. File the response at:**

U.S. Bankruptcy Court, 401 West Trade Street, Suite 2500, Charlotte, NC 28202-1669.

If you mail your request to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

Heather W. Culp, Essex Richards, P.A., 1701 South Boulevard, Charlotte, NC 28203.
U.S. Bankruptcy Administrator, 402 W. Trade Street, Ste. 200, Charlotte, NC 28202-1669.

3. **Attend the hearing scheduled for October 24, 2022, at 9:30 a.m.** at the United States Bankruptcy Court, Courtroom 2B, 401 West Trade St., Charlotte, NC 28202.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

This the 14th day of September, 2022.    /s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 22-30001 |
| | ) | |
| BRENT ALAN HINDMAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S OBJECTION TO CLAIM AND MOTION TO DETERMINE TRUIST BANK CLAIM #3

The Trustee, Heather W. Culp, objects to Truist Bank Claim #3 and moves the Court for an order disallowing the following claims:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|---|---|---|
| 3 | Truist Bank | $60,855.04 |

The Trustee objects to this claim because it is secured by collateral that was not administered in this case and creditor should look to its collateral for payment.

Recommendation: Disallow claim.

This the 14th day of September, 2022.

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2022, I electronically filed the foregoing **Notice of Opportunity for Hearing and Trustee's Objection to Claim and Motion to Determine Truist Bank Claim #3** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

Shelley K. Abel, U.S. Bankruptcy Administrator
James H. Henderson, Attorney for the Debtor(s)

I further certify that the foregoing was served on the parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on September 14, 2022:

Truist Bank
Bankruptcy Department 306-40-04-95
PO Box 27767
Richmond VA 23261

Jeff Duff
Truist Bank
1001 Semmes Avenue
Richmond VA 23224

Brent Alan Hindman
2009 Sentinel Drive
Indian Trail NC 28079-3419

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com