UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:  Hindman, Brent Alan                §   Case No. 22-30001
                                           §
                                           §
                                           §
            Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/03/2022. The undersigned trustee was appointed on 01/20/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $     11,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 75.86 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]  $ | 10,924.14 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/09/2022 and the deadline for filing governmental claims was 07/02/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,850.00, for a total compensation of $1,850.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2022                     By: /s/ Heather W. Culp
                                          Trustee

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

USBA Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 22-30001
Case Name: Hindman, Brent Alan

For Period Ending: 11/04/2022

Trustee Name: (530570) Heather W. Culp
Date Filed (f) or Converted (c): 01/03/2022 (f)
§ 341(a) Meeting Date: 02/02/2022
Claims Bar Date: 05/09/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1* | 2009 Sentinel Drive, Indian Trail, NC 28079-0000, Union County (See Footnote) | 393,200.00 | 12,594.00 | | 0.00 | FA | 156,406.00 | 224,200.00 |
| 2 | 2009 Toyota Tundra, 227,000 miles | 4,300.00 | 0.00 | | 0.00 | FA | 0.00 | 4,300.00 |
| 3 | 2012 Nissan Murano, 115,000 miles | 3,850.00 | 0.00 | | 564.92 | FA | 0.00 | 4,125.00 |
| 4 | 2012 Kawasaki Ninja ZX14R, 3500 miles | 6,180.00 | 6,180.00 | | 7,500.00 | FA | 0.00 | 0.00 |
| 5 | Living room: sofa, loveseat, chair, coffee table, end table, lamps (approx. 17 years old) | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 6 | Dining Room: table, 6 chairs, storage cabinet, pictures, mirror (all approx. 15 years old) | 350.00 | 0.00 | | 0.00 | FA | 0.00 | 350.00 |
| 7 | Family room/den: leather couch and chair, loveseat, 2 end tables, 2 lamps | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 8 | Bedroom furniture (3 bedrooms): 3 beds, 3 chairs, 5 dressers, 3 ceiling fans | 750.00 | 0.00 | | 0.00 | FA | 0.00 | 750.00 |
| 9 | Kitchen: stove, dishwasher, refrigerator/freezer, microwave, plates, utensils, pots and pans, coffee maker, small appliances | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 10 | Laundry room: washer and dryer, table | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 11 | Garage and patio: tools, bicycles, lawn mower, refrigerator, microwave, lawn furniture | 350.00 | 0.00 | | 0.00 | FA | 0.00 | 350.00 |
| 12 | Miscellaneous: books, family pictures, videotapes | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 13 | office/bonus room (misc. furniture, loveseat, sofa, couch, lamps) | 375.00 | 0.00 | | 0.00 | FA | 0.00 | 375.00 |
| 14 | televisions, computer, printer, monitor | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 15 | used clothing | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 16 | wedding band | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 17 | Cash, pocket change | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 18 | checking, individual account: Fifth Third Bank, acct. no. xxx7904 (spouse also deposits funds into this account for payment of joint expenses) | 2,625.00 | 0.00 | | 1,311.42 | FA | 0.00 | 5,250.00 |
| 19 | checking: Truist Bank, acct. no. xxx5833<br>Settled per Order Dkt 39; Amended Sch C Dkt #42. | 240.00 | 115.00 | | 92.29 | FA | 0.00 | 125.00 |
| 20 | IRA (current value approximate, recently converted from a 401 (k)): Merrill Lynch acct. no. xxx9020 | 173,741.00 | 0.00 | | 0.00 | FA | 0.00 | 173,741.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

Case No.: 22-30001
Case Name: Hindman, Brent Alan

For Period Ending: 11/04/2022

Trustee Name: (530570) Heather W. Culp
Date Filed (f) or Converted (c): 01/03/2022 (f)
§ 341(a) Meeting Date: 02/02/2022
Claims Bar Date: 05/09/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 21 | 529 education account, NC 529 Fund (The Debtor's spouse has contributed her separate funds to this account, via joint account xxx7904 with Fifth Third. The Debtor takes the position that his spouse is owner of one-half of the balance of this account.)<br>Settled order Dkt 39; Amended Sch C Dkt #42<br>** Other costs is the portion of the value of 529 plan attributed to non-filing spouse minus the 1/2 2021 contributions (Trustee value per settlement motion: $35,058.62, minus debtor-claimed exemption of $16,906 = $18,152.62 minus one-half of 2021 contributions of $1020 = $17,132.62) | 16,906.00 | 0.00 | | 823.17 | FA | 0.00 | 16,906.00 |
| 22 | Int. in Ins. policies: term life insurance, homeowners, automobile and health insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | RETIREMENT OR PENSION ACCOUNTS 401(k) Nederman MikroPul 401(k) (u) | 9,563.00 | 0.00 | | 0.00 | FA | 0.00 | 9,563.00 |
| 24 | TAX REFUNDS 1/2 INT. IN JOINT 2021 NC income tax refund (u)<br>Not scheduled; full value $1255.10; debtor's half $627.55; settled Order Dkt 39 | 627.55 | 627.55 | | 506.45 | FA | 0.00 | 0.00 |
| 25 | DEPOSITS OF MONEY 1/2 int. in Fifth Third savings -0356 - joint with wife-debtor's 1/2 is $125 (u)<br>Not scheduled; settled Dkt #39; balance of account on date of petition was $500.00; debtor has 1/2 interest | 125.00 | 125.00 | | 201.75 | FA | 0.00 | 0.00 |
| 25 | Assets Totals (Excluding unknown values) | $615,202.55 | $19,641.55 | | $11,000.00 | $0.00 | $156,406.00 | $442,055.00 |

RE PROP# 1    Entirety property.

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

6/30/22: 341 concluded 3/30/22. Trustee has settled the estate's interest in the Kawasaki motorcycle [Doc. 20 5/5/22] and received the proceeds. Trustee has extended through 7/13/22 the deadline to object to exemptions [Doc. 27] and continues to investigate the exemptions claimed. Next steps: resolve exemptions and liquidate any other property that may be of value to the estate; investigate the possibility of avoidance actions; review claims.

Initial Projected Date Of Final Report (TFR): 12/31/2022       Current Projected Date Of Final Report (TFR): 11/03/2022 (Actual)

11/04/2022
Date

/s/Heather W. Culp
Heather W. Culp

Copy Served On: Shelley K. Abel
Bankruptcy Administrator

USBA Form 101-7-TFR (5/1/2011)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 22-30001 | Trustee Name: | Heather W. Culp (530570) |
|---|---|---|---|
| Case Name: | Hindman, Brent Alan | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5490 | Account #: | ******1896 Checking |
| For Period Ending: | 11/04/2022 | Blanket Bond (per case limit): | $500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/12/22 | {4} | Brent Alan Hindman | Full settlement with Debtor for 2012 motorcycle; Order #20 | 1129-000 | 7,500.00 | | 7,500.00 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.40 | 7,493.60 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.21 | 7,480.39 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.58 | 7,468.81 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.16 | 7,455.65 |
| 09/16/22 | | Julianne Marie Hindman or Brent Alan Hindman | Full payment of settlement order Dkt #39 | | 3,500.00 | | 10,955.65 |
| | {3} | | Payment #1 on Asset #3 2012 Nissan Murano, 115,000 miles $564.92 | 1129-000 | | | |
| | {18} | | Payment #1 on Asset #18 checking, individual account: Fifth Third Bank, acct. no. xxx7904 (spouse also deposits funds into this account for payment of joint expenses) $1,311.42 | 1129-000 | | | |
| | {19} | | Payment #1 on Asset #19 checking: Truist Bank, acct. no. xxx5833 $92.29 | 1129-000 | | | |
| | {21} | | Payment #1 on Asset #21 529 education account, NC 529 Fund (The Debtor's spouse has contributed her separate funds to this account, via joint account xxx7904 with Fifth Third. The Debtor takes the position that his spouse is owner of one-half of the balance of this account.) $823.17 | 1129-000 | | | |
| | {24} | | Payment #1 on Asset #24 TAX REFUNDS 1/2 INT. IN JOINT 2021 NC Income tax refund $506.45 | 1229-000 | | | |
| | {25} | | Payment #1 on Asset #25 DEPOSITS OF MONEY 1/2 int. in Fifth Third savings -0356 - joint with wife-debtor's 1/2 is $125 $201.75 | 1229-000 | | | |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.56 | 10,941.09 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.95 | 10,924.14 |

|  | COLUMN TOTALS | 11,000.00 | 75.86 | $10,924.14 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | Subtotal | 11,000.00 | 75.86 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $11,000.00 | $75.86 | |

{ } Asset Reference(s)    USBA Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | |
|---|---|---|---|
| Case No.: | 22-30001 | Trustee Name: | Heather W. Culp (530570) |
| Case Name: | Hindman, Brent Alan | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5490 | Account #: | ******1896 Checking |
| For Period Ending: | 11/04/2022 | Blanket Bond (per case limit): | $500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| | |
|---:|---:|
| Net Receipts: | $11,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $11,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1896 Checking | $11,000.00 | $75.86 | $10,924.14 |
| | $11,000.00 | $75.86 | $10,924.14 |

11/04/2022
Date

/s/Heather W. Culp
Heather W. Culp

USBA Form 101-7-TFR (5/1/2011)

Printed: 11/04/22 6:07 AM

# Exhibit C
## Claims Distribution Register

Page: 1

Case: 22-30001 BRENT A. HINDMAN

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| Acct. Exp | 11/01/22 | 200 | Middleswarth Bowers & Co., LLP<br>219 Wilmot Drive<br>Gastonia, NC 28054<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | $ 0.10 | $ 0.10 | $ 0.00 | $ 0.10 | $ 0.10 |
| Acct. Fees | 11/01/22 | 200 | Middleswarth Bowers & Co., LLP<br>219 Wilmot Drive<br>Gastonia, NC 28054<br><3410-00 Accountant for Trustee Fees (Other Firm)> | $ 270.75 | $ 270.75 | $ 0.00 | $ 270.75 | $ 270.75 |
| Atty | 11/01/22 | 200 | Essex Richards, P.A.<br>1701 South Boulevard<br>Charlotte, NC 28203<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | $ 64.51 | $ 64.51 | $ 0.00 | $ 64.51 | $ 64.51 |
| Atty Fees | 11/01/22 | 200 | Essex Richards, P.A.<br>1701 South Boulevard<br>Charlotte, NC 28203<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 3,192.50 | $ 3,192.50 | $ 0.00 | $ 3,192.50 | $ 3,192.50 |
| FEE | 09/19/22 | 200 | Heather W. Culp<br>1701 South Blvd.<br>Charlotte, NC 28203<br><2100-00 Trustee Compensation> | $ 1,850.00 | $ 1,850.00 | $ 0.00 | $ 1,850.00 | $ 1,850.00 |
| | | | Total for Priority 200:   100% Paid | $ 5,377.86 | $ 5,377.86 | $ 0.00 | $ 5,377.86 | $ 5,377.86 |
| | | | Total for Admin Ch. 7 Claims: | $ 5,377.86 | $ 5,377.86 | $ 0.00 | $ 5,377.86 | $ 5,377.86 |
| **Secured Claims:** | | | | | | | | |
| 3 | 04/29/22 | 100 | Truist Bank<br>ATTN: Cash Operations 900-01-01-04<br>111 Millport Circle<br>Greenville, SC 29607<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>Disallowed per Order Dkt #45 | $ 60,855.04 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:   0% Paid | $ 60,855.04 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 60,855.04 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Claims:** | | | | | | | | |
| 2 | 04/01/22 | 570 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 774.00 | $ 774.00 | $ 0.00 | $ 774.00 | $ 774.00 |
| | | | Total for Priority 570:   100% Paid | $ 774.00 | $ 774.00 | $ 0.00 | $ 774.00 | $ 774.00 |

Printed: 11/04/22 6:07 AM

# Exhibit C
## Claims Distribution Register

Page: 2

### Case: 22-30001 BRENT A. HINDMAN

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total for Priority Claims: | $ 774.00 | $ 774.00 | $ 0.00 | $ 774.00 | $ 774.00 |

**Unsecured Claims:**

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/16/22 | 610 | Truist Bank c/o Margaret Briscoe 2520 Northwinds Pkwy., Suite 400 Alpharetta, GA 30009 <7100-00 General Unsecured - § 726(a)(2)> | | $ 986,202.73 | $ 986,202.73 | $ 0.00 | $ 986,202.73 | $ 4,772.28 |
| | | | Total for Priority 610: 0.4839% Paid | | $ 986,202.73 | $ 986,202.73 | $ 0.00 | $ 986,202.73 | $ 4,772.28 |
| | | | | Total for Unsecured Claims: | $ 986,202.73 | $ 986,202.73 | $ 0.00 | $ 986,202.73 | $ 4,772.28 |
| | | | | Total for Case: | $ 1,053,209.63 | $ 992,354.59 | $ 0.00 | $ 992,354.59 | $ 10,924.14 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-30001
Case Name: BRENT A. HINDMAN
Trustee Name: Heather W. Culp

**Balance on hand:** $ 10,924.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Truist Bank | 60,855.04 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,924.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Heather W. Culp | 1,850.00 | 0.00 | 1,850.00 |
| Attorney for Trustee Fees - Essex Richards, P.A. | 3,192.50 | 0.00 | 3,192.50 |
| Attorney for Trustee, Expenses - Essex Richards, P.A. | 64.51 | 0.00 | 64.51 |
| Accountant for Trustee Fees (Other Firm) - Middleswarth Bowers & Co., LLP | 270.75 | 0.00 | 270.75 |
| Accountant for Trustee Expenses (Other Firm) - Middleswarth Bowers & Co., LLP | 0.10 | 0.00 | 0.10 |

Total to be paid for chapter 7 administrative expenses: $ 5,377.86
Remaining balance: $ 5,546.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,546.28

USBA Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $774.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | 774.00 | 0.00 | 774.00 |

Total to be paid for priority claims: $ 774.00
Remaining balance: $ 4,772.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $986,202.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Truist Bank | 986,202.73 | 0.00 | 4,772.28 |

Total to be paid for timely general unsecured claims: $ 4,772.28
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

USBA Form 101-7-TFR(5/1/2011)

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

USBA Form 101-7-TFR(5/1/2011)

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2022, I electronically filed the foregoing **Trustee's Final Report (TFR)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties registered with CM/ECF, including the following parties:

James H. Henderson, Attorney for Debtor
Shelley K. Abel, U.S. Bankruptcy Administrator

I further certify that the **Trustee's Final Report (TFR)** was served on the parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on November 4, 2022.

Brent Alan Hindman
2009 Sentinel Drive
Indian Trail, NC 28079

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>BRENT ALAN HINDMAN,<br><br>Debtor. | Case No.:   22-30001<br><br>Chapter 7 |

## BANKRUPTCY ADMINISTRATOR'S STATEMENT OF POSITION REGARDING TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION

1.   Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under title 11 of the United States Code. This Bankruptcy Administrator's Statement of Position Regarding Trustee's Final Report and Proposed Distribution is filed pursuant to that authority.

2.   The Office of the Bankruptcy Administrator has reviewed the Trustee's Final Report and Proposed Distribution submitted by Heather W. Culp, Trustee in the above-captioned Chapter 7 case. Subject to the proper filing and noticing of the Trustee's Final Report and Proposed Distribution as well as all applications submitted to the Office of the Bankruptcy Administrator for review, the Office of the Bankruptcy Administrator has found no basis upon which to raise any objection.

Date:  November 03, 2022

/s/ Shelley K. Abel
Shelley K. Abel
U.S. Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC 28202-1669
N.C. State Bar No. 34370
Tel: (704) 350-7587
Fax: (704) 344-6666
shelley_abel@ncwba.uscourts.gov